UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANGA AWASUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOMORROW FARMS, PBC, and BORED COW LLC f/k/a TOMORROW FARMS LLC,<br><br>Defendants. | Case No.<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Nanga Awasum ("Plaintiff") brings this action on behalf of herself and all others similarly situated against Tomorrow Farms, PBC and Bored Cow LLC f/k/a Tomorrow Farms LLC (collectively referred to as "Tomorrow Farms"). Plaintiff makes the following allegations pursuant to the investigation of her counsel and based upon information and belief, except as to the allegations specifically pertaining to the Plaintiff, which are based on personal knowledge.

## NATURE OF THE ACTION

1. During the Class Period, Tomorrow Farms has formulated, manufactured, advertised, and sold Bored Cow, a line of milk alternatives, including but not limited to Bored Cow Original, Bored Cow Strawberry, Bored Cow Vanilla, Bored Cow Chocolate, and Bored Cow Pumpkin Spice (collectively, "Bored Cow").

2. Tomorrow Farms represents to consumers through its packaging that Bored Cow is "ANIMAL-FREE DAIRY MILK" that is "MADE WITH MILK PROTEIN FROM FERMENTATION INSTEAD OF COWS." Tomorrow Farms adds that, as a result, Bored Cow "looks, feels, tastes, and acts just like the real thing, because it is."[1]

---

[1] *Bored Cow 101*, Bored Cow, https://tryboredcow.com/pages/contact (last visited Apr. 4, 2025).

1

3.  But Bored Cow is not the real thing, *i.e.*, real milk, or even a plant-based equivalent to milk. That is because, unbeknownst to consumers, Bored Cow contains only about 13.4% whey protein, and the remaining approximately 86.6% of Bored Cow is composed of fungal proteins.

4.  Bored Cow also contains approximately 93 fungal compounds that are waste byproducts of the fermentation process—none of which are found in cow's milk or milk protein. These byproducts are residual material from the dead fungal microorganism used during fermentation, specifically Trichoderma reesei ("T. reesei").

5.  Most of these fungal proteins and compounds are not documented in scientific literature and have never been evaluated for inclusion in the human diet. Their toxicity, potential allergenicity, impact on nutrition and microbiome function, and general safety for human consumption remain unknown.

6.  Testing reveals significant differences in the amino acid sequences between Bored Cow and bovine milk, accompanied by a substantial reduction in nutritional value compared to bovine milk.

7.  Tomorrow Farms's claim that Bored Cow is made with "milk protein" is also misleading, as it implies that whey or bovine milk protein is the primary protein source, which is not accurate. In reality, Bored Cow's protein source, ProFerm, is predominantly composed of fungal proteins rather than whey or casein proteins.

8.  ProFerm was created by the synthetic biology company Perfect Day Inc., which uses what it calls "precision fermentation" to make ProFerm. In this process, Perfect Day takes the natural gene for bovine whey protein, beta-lactoglobulin ("ß-lactoglobulin"), genetically modifies the gene, inserts the genetically modified gene into the genome of a fungus cell, and uses an industrial fermentation process to propagate large amounts of the fungal cells containing the

modified whey gene. To the resulting substance, Perfect Day adds other chemicals, then dehydrates the package to create ProFerm, which Tomorrow Farms then uses to create Bored Cow.

9. Tomorrow Farms represents that the fermentation process for creating synthetic biology "milk" proteins that is akin to the one that "ferment[s] barley into beer."[2] This representation is misleading to consumers because Tomorrow Farms fails to disclose that the protein production process begins with a genetically modified organism ("GMO") and, for that and other reasons, is not equivalent to traditional fermentation like the one used to brew beer.

10. These realities of how Bored Cow is produced, and the associated risks, are not disclosed to consumers. Instead, Tomorrow Farms markets Bored Cow as real dairy, functionally identical to bovine milk, and made with protein identical to the whey protein found in dairy, through a process comparable to brewing beer.

11. As a result of its deceptive conduct, Tomorrow Farms violates state consumer protection statutes and has breached warranties to consumers.

12. Plaintiff Awasum is a purchaser of Bored Cow who, like other consumers, was unaware of the truth about the product. On behalf of herself and all others similarly situated, she asserts claims for violations of New York General Business Law §§ 349 and 350, and for breach of express warranty.

**JURISDICTION AND VENUE**

13. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332(d)(2)(a) because this case is a class action where the aggregate claims of all members of the proposed class are in excess of $5,000,000.00 exclusive of interest and costs, there are over 100 members of the putative class, and at least one class member is a citizen of a state different than

---

[2] *Dairy From Fermentation Is Here,* Bored Cow, https://tryboredcow.com/pages/how-its-made (last visited, Apr. 4, 2025).

3

Tomorrow Farms.

14. This Court has personal jurisdiction over Tomorrow Farms because a substantial portion of the events that gave rise to Plaintiff Awasum's claims occurred in New York. Tomorrow Farms is also headquartered in this state.

15. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial portion of the events that gave rise to Plaintiff Awasum's claims occurred in this District.

**PARTIES**

16. Plaintiff Nanga Awasum is a citizen of New York who resides in Brooklyn, New York. Ms. Awasum has purchased Bored Cow on multiple occasions. For example, in January 2025, she purchased Bored Cow Vanilla from Fairway Market, located at 766 Sixth Avenue, New York, NY 10010, for approximately $4.78. In making this purchase, Ms. Awasum relied on Tomorrow Farms's false, misleading, and deceptive marketing of the Bored Cow as equivalent to bovine milk. Likewise, Ms. Awasum relied on Tomorrow Farms's marketing of Bored Cow as not containing GMOs, which is deceptive and misleading due to a material omission: ProFerm, the primary protein source in Bored Cow, is derived from a genetically modified gene. Ms. Awasum did not reasonably expect a product described as "NOT contain[ing] any GMOs" to be created using a genetically modified organism. Had Ms. Awasum known that Tomorrow Farms's representations were false and misleading, she would not have purchased Bored Cow or would not have purchased Bored Cow on the same terms.

17. Tomorrow Farms, PBC is a corporation organized under the laws of Delaware with its last known principal place of business located at 154 W. 14th Street, Second Floor, New York, NY 10011.

18. Bored Cow LLC is headquartered in New York City, New York, United States.

19. Tomorrow Farms formulates, advertises, manufactures, and/or sells the Bored Cow throughout New York and in states across the country.

## **GENERAL ALLEGATIONS**

20. Tomorrow Farms's labeling on Bored Cow calls the product "ANIMAL-FREE DAIRY MILK" that is "MADE WITH MILK PROTEIN FROM FERMENTATION INSTEAD OF COWS."



21. Tomorrow Farms adds that Bored Cow "looks, feels, tastes, and acts just like the real thing, because it is":



22.     Tomorrow Farms's labeling and advertising puts forth a straightforward, material message, which it spells out with even greater detail on its website: that Bored Cow "is real dairy" and the milk protein it contains "is identical to the milk protein found in cow's milk." Tomorrow Farms adds that Bored Cow does "NOT contain any GMOs," and that the fermentation process is akin to brewing beer.

23.     But Bored Cow is *not* real dairy, and the protein in Bored Cow is *not* equivalent to real milk protein, and Bored Cow *is* made with GMOs.

24.     Bored Cow is created using synthetic biology ("SynBio"), incorporating ProFerm—a synthetic protein developed by Perfect Day Inc.

25.     SynBio is a multidisciplinary field that combines principles from genetic

6

engineering, biology, and biotechnology to design, construct, and modify biological entities and processes. It aims to develop new biological parts, devices, and systems or, to redesign existing natural biological systems, for various applications, including medicine, agriculture, food production, and energy.

26. As described *supra* ¶8, Perfect Day uses what it calls "precision fermentation" to make ProFerm. In this process Perfect Day takes the gene for bovine whey protein, ß-lactoglobulin, genetically modifies that gene, inserts the genetically modified ß-lactoglobulin into the genome of a fungus cell, and uses an industrial fermentation process to propagate large amounts of the fungal cells containing the modified whey gene. Perfect Day adds additional chemicals to the resulting product and then dehydrates it to create ProFerm.

27. Tomorrow Farms uses Perfect Day's ProFerm to make Bored Cow. This SynBio fermentation process is illustrated in the graphic below.



28. The Health Research Institute ("HRI") was established in 2017. It is an Internal Revenue Code Section 501(c)(3) nonprofit laboratory that offers research, education, and testing services. HRI employs technology, as described below, to determine the molecular composition

of food products.[3]

29. HRI has been approved as a High Complexity Clinical Laboratory under the Clinical Laboratory Improvement Amendment ("CLIA") program and as an ISO/IEC 17025:2017-accredited analytical laboratory.[4] A laboratory that holds both High Complexity CLIA approval and ISO/IEC 17025:2017 accreditation is recognized for its operational and technical competence in clinical testing and analytical laboratory services. This dual recognition signifies a high level of quality, reliability, and competence in the laboratory's testing processes and results.

30. HRI analyzed the composition of Bored Cow and compared it to cow's milk. Since Perfect Day's ProFerm is the only protein source in Bored Cow, with no other proteins added (as confirmed by the packaging and website), the protein composition of Bored Cow reflects that of ProFerm. Therefore, testing Bored Cow provided insights into both its own composition and that of its protein source, ProFerm.

31. To do this, HRI used Ultra-High Performance Liquid Chromatography ("UHPLC") linked to a Quadrupole Time of Flight Mass Spectrometer to achieve Full Spectrum Molecular Analysis of Bored Cow. These tools capture data representing the molecules that comprise at least 95% of the mass of the sample.

32. HRI also analyzed the molecular composition of Churchtown Dairy Whole Raw Biodynamic Milk[5] and Radiance Dairy Whole Organic Milk using the same technology and methods.

33. HRI's findings indicate that Tomorrow Farms' claims that Bored Cow is "real dairy" are false and misleading to consumers.

---

[3] *See Making the Invisible Visible*, Health Research Institute, https://hrilabs.org/ (last visited Apr. 4, 2025).
[4] *See id.*
[5] Biodynamic milk is milk produced from cows raised on biodynamic farms, following holistic and regenerative farming practices that prioritize animal welfare, soil health, and ecological harmony.

34. HRI's testing confirms that Bored Cow is not genuine dairy, and its protein source, ProFerm, cannot accurately be characterized as identical to whey or bovine milk protein.

35. The fermentation process used to create ProFerm results in the presence of various waste byproducts—contaminants that are completely absent in natural cow's whey and milk. Because Bored Cow uses ProFerm as an ingredient, these contaminants are introduced into the final product.

36. A primary source of these residual contaminants is excreted fungal proteins. During fermentation, genetically engineered fungal cells produce whey protein but simultaneously secrete substantial quantities of fungal proteins. Testing of ProFerm reveals that for every gram of whey protein produced, approximately seven grams of fungal protein are released. This carries through to Bored Cow, which contains seven times more fungal protein than whey protein. Laboratory analyses confirm that 86.6% of Bored Cow is composed of fungal proteins, a composition identical to its protein source, ProFerm.

37. Another category of waste byproducts found in Bored Cow consists of fungal compounds.

38. Specifically, Bored Cow contains approximately 93 compounds that are byproducts and metabolites generated by the genetically modified organisms during fermentation. These waste products are remnants of the dead fungal microorganisms used in the production process, namely, T. reesei. They are not found in real bovine milk.

39. The majority of these proteins and compounds have no prior history of human consumption, and their effects on human health and the environment remain uncertain.

40. Testing has shown that the amino acid composition—and, therefore, the nutritional profile—of Bored Cow differs significantly from that of bovine milk. For instance, while 80% of

the protein in bovine milk is comprised of caseins, Bored Cow contains no caseins at all, which results in a fundamentally different product. The significant differences in the amino acid sequences between Bored Cow and bovine milk results in substantially diminished nutritional value of Bored Cow compared to bovine milk.

41. Other important nutrients in bovine milk, such as lipids, vitamins, fatty acid-carnitines (which facilitate burning of fatty acids for energy), important intermediary metabolites, and compounds like glycerol-phosphocholine and hippuric acid (which have biosynthetic and regulatory roles) are missing in Bored Cow or are present only in trace amounts.

42. The genetic modification process, as well as the resulting exposure to unstudied byproducts, may have negative consequences for both the environment and human health.

43. Contrary to Tomorrow Farms's representations, Bored Cow and its protein source are not equivalent to bovine milk or whey.

## CLASS ACTION ALLEGATIONS

44. Plaintiff Awasum seeks to represent a class defined as all persons in the United States who, during the maximum period of time permitted by law (the "Class Period"), purchased a Bored Cow product for personal, family, or household consumption, and not for resale (the "Nationwide Class").

45. Plaintiff Awasum also seeks to represent a subclass defined as all Class members who purchased a Bored Cow product in New York (the "New York Subclass") (collectively with the Nationwide Class, the "Classes").

46. **Numerosity Fed. R. Civ. P. 23(a)(1).** Members of the Classes are so numerous that their individual joinder herein is impracticable. On information and belief, members of the Classes number in the millions. The precise number of Class members and their identities are unknown to Plaintiff Awasum at this time but may be reasonably ascertained through discovery.

Class members may be notified of the pendency of this action by various methods, including publication through the distribution records of Tomorrow Farms and third-party retailers and vendors.

47. **Commonality and Predominance (Fed. R. Civ. P. 23(a)(2) and 23(b)(3)).** There is a well-defined community of interest in the questions of law and fact involved in this case. Common questions of law and fact that exist as to all Class members and predominate over questions affecting only individual Class members include these:

(a) the true nature of the proteins in Bored Cow;

(b) whether Tomorrow Farms's marketing, advertising, packaging, labeling, and other promotional materials for Bored Cow are deceptive and misleading; and

(c) whether Plaintiff Awasum and members of the Classes have suffered damages as a result of Tomorrow Farms's actions, and the amount thereof.

48. **Typicality (Fed. R. Civ. P. 23(a)(3)).** The claims of the named Plaintiff, Nanga Awasum, are typical of the claims of the Class in that Plaintiff Awasum was exposed to Tomorrow Farms's false and misleading marketing, purchased Bored Cow, and suffered a loss as a result of those purchases.

49. **Adequacy (Fed. R. Civ. P. 23(a)(4)).** Plaintiff Awasum is an adequate representative of the Classes because her interests do not conflict with the interests of the Class members she seeks to represent, she has retained competent counsel experienced in prosecuting class actions, and she intends to prosecute this action vigorously. The interests of Class members will be fairly and adequately protected by Plaintiff Awasum and her counsel.

50. **Superiority (Fed. R. Civ. P. 23(b)(3)).** The class mechanism is superior to other available means for the fair and efficient adjudication of the claims of Class members. Even if every member of the Classes could afford to pursue individual litigation, individualized litigation would be unduly burdensome to the courts. Individualized litigation would also increase the delay

and expense to all parties and would present the potential for varying, inconsistent, or contradictory judgments—magnifying the delay and expense to all parties and to the court system resulting from multiple trials of the same factual issues. In contrast, the maintenance of this action as a class action, with respect to some or all of the issues presented herein, presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court on the issue of Tomorrow Farms's liability. Class treatment of the liability issues would ensure that all claims and claimants are before this Court for consistent adjudication of the liability issues.  Plaintiff anticipates no difficulty in the management of this action as a class action.

## CAUSES OF ACTION
## COUNT I

**Violation of the New York General Business Law § 349**
**(On behalf of the New York Subclass)**

51.     Plaintiff Awasum incorporates by reference and re-alleges herein all paragraphs alleged above.

52.     Plaintiff Awasum brings this cause of action on behalf of herself and members of the New York Subclass against Tomorrow Farms.

53.     Plaintiff Awasum and New York Subclass members are "persons" within the meaning of the GBL § 349(h).

54.     Tomorrow Farms is a "person, firm, corporation or association or agent or employee thereof" within the meaning of GBL § 349(b).

55.     Under GBL § 349, "[d]eceptive acts or practices in the conduct of any business, trade or commerce are unlawful."

56.     Tomorrow Farms made false and misleading statements by marketing Bored Cow as "ANIMAL-FREE DAIRY MILK" that is "MADE WITH MILK PROTEIN FROM

FERMENTATION INSTEAD OF COWS" and by stating that Bored Cow "looks, feels, tastes, and acts just like the real thing, because it is." Bored Cow is not dairy milk or the equivalent because it comprises predominately fungal proteins.

57. Likewise, in failing to disclose that the whey in Bored Cow is synthetic and derived from GMOs, or that Bored Cow is predominately comprised of fungal proteins, Tomorrow Farms made material omissions to consumers. Reasonable consumers would not expect a product described as being made in a manner comparable to brewing beer, that does "NOT contain any GMOs," to involve the fermentation of a genetically modified gene or to include synthetic proteins or fungal proteins.

58. In making these material claims and omissions, Tomorrow Farms engaged in deceptive acts or practices in violation of GBL § 349.

59. Tomorrow Farms's deceptive acts or practices were materially misleading. Tomorrow Farms's conduct was likely to and did deceive reasonable consumers, including Plaintiff Awasum, about the quality of Bored Cow.

60. Plaintiff Awasum and New York Subclass members were unaware of, and lacked a reasonable means of discovering, the material facts that Tomorrow Farms withheld.

61. Tomorrow Farms's actions set forth above occurred in the conduct of trade or commerce.

62. The foregoing deceptive acts and practices were directed at consumers.

63. Tomorrow Farms's misleading conduct concerns widely distributed consumer products and affects the public interest. Tomorrow Farms's conduct includes unfair and misleading acts or practices that have the capacity to deceive consumers and are harmful to the public at large. Tomorrow Farms's conduct is misleading in a material way because Tomorrow Farms

fundamentally misrepresents the production and quality of Bored Cow and omits material information.

64. Plaintiff and New York Subclass members suffered ascertainable loss as a direct and proximate result of Tomorrow Farms's GBL violations in that: (i) they would not have purchased Bored Cow had they known the truth or would not have done so on the same terms; and (ii) they overpaid for Bored Cow on account of the misrepresentations and omissions, as described herein. As a result, Plaintiff Awasum and New York Subclass members have been damaged either in the full amount of the purchase price of Bored Cow or in the difference in value between Bored Cow as marketed and Bored Cow as actually sold.

65. On behalf of herself and other members of the New York Subclass, Plaintiff Awasum seeks to recover actual damages or $50, whichever is greater, reasonable attorney's fees and costs, and any other just and proper relief available under GBL § 349.

## COUNT II

### Violation of the New York General Business Law § 350
### (On behalf of the New York Subclass)

66. Plaintiff Awasum incorporates by reference and re-alleges herein all paragraphs alleged above.

67. Plaintiff Awasum brings this cause of action on behalf of herself and members of the New York Subclass against Tomorrow Farms Tomorrow Farms.

68. GBL § 350 provides that "[f]alse advertising in the conduct of any business, trade or commerce or in the furnishing of any service in this state is hereby declared unlawful."

69. Tomorrow Farms's labeling and advertisement of Bored Cow was false and misleading in a material way. Specifically, Tomorrow Farms made false and misleading statements by marketing Bored Cow as "ANIMAL-FREE DAIRY MILK" that is "MADE WITH MILK

PROTEIN FROM FERMENTATION INSTEAD OF COWS" and by stating that Bored Cow "looks, feels, tastes, and acts just like the real thing, because it is." Bored Cow is not dairy milk or the equivalent, and does not contain whey or the equivalent, because Bored Cow comprises predominately fungal proteins.

70. Likewise, Tomorrow Farms's labeling and advertisement of Bored Cow was false and misleading in a material way because Tomorrow Farms failed to disclose that the whey in Bored Cow is synthetic and derived from GMOs, or that Bored Cow comprises primarily fungal proteins. Reasonable consumers would not expect a product described as being made in a manner comparable to brewing beer, that does "NOT contain any GMOs," to involve the fermentation of a genetically modified gene or to include synthetic proteins or fungal proteins.

71. Plaintiff Awasum understood Tomorrow Farms's misrepresentations to mean that Bored Cow was the equivalent of bovine milk and contained whey protein.

72. This misrepresentation was consumer-oriented and was likely to mislead a reasonable consumer acting reasonably under the circumstances.

73. This misrepresentation has resulted in consumer injury and/or harm to the public interest.

74. As a result of this misrepresentation, Plaintiff Awasum and New York Subclass members have suffered economic injury because: (i) they would not have purchased Bored Cow had they known the truth or would not have purchased it on the same terms; and (ii) they overpaid for Bored Cow on account of the misrepresentations and omissions, as described herein. As a result, Plaintiff Awasum and New York Subclass members have been damaged either in the full amount of the purchase price of the Products or in the difference in value between the Products as marketed and the Products as actually sold.

75. By reason of the foregoing and as a result of Tomorrow Farms's conduct, Plaintiff Awasum and New York Subclass members seek to enjoin the unlawful acts and practices described herein, to recover their actual damages or $500, whichever is greater, three times actual damages, reasonable attorneys' fees and costs, and any other just and proper relief available under GBL § 350.

### COUNT III

#### Breach of Express Warranty
#### (On behalf of the Nationwide Class and the New York Subclass)

76. Plaintiff Awasum incorporates by reference and re-alleges each and every allegation set forth above as though fully set forth herein.

77. Plaintiff Awasum brings this claim individually and on behalf of the members of the Classes against Tomorrow Farms.

78. Tomorrow Farms, as the producer, marketer, distributor, and/or seller, expressly warranted that Bored Cow was "ANIMAL-FREE DAIRY MILK" that is "MADE WITH MILK PROTEIN FROM FERMENTATION INSTEAD OF COWS" and that Bored Cow "looks, feels, tastes, and acts just like the real thing, because it is." Plaintiff Awasum and reasonable consumers understood these representations to mean that Bored Cow was equivalent to bovine milk and contained only whey protein.

79. Tomorrow Farms' representations and warranties were part of the description of the goods and the bargain upon which Bored Cow was offered for sale and purchased by Plaintiff Awasum and members of the Classes.

80. Bored Cow does not conform to Tomorrow Farms's representations and warranties because Bored Cow is not dairy milk or the equivalent, comprises primarily fungal proteins not cow's milk protein, and contains unknown fungal compounds.

81. As a direct and proximate cause of Tomorrow Farms' breach of express warranty, Plaintiff Awasum, and members of the Classes have been injured and harmed in an amount to be proven at trial. Had Plaintiff Awasum and members of the Classes known that Bored Cow was not dairy milk or the equivalent, and that it comprises predominantly fungal proteins, they would not have purchased Bored Cow or would have paid substantially less for it.

82. Prior to the filing of the initial complaint in this action, Tomorrow Farms was served via certified mail with a pre-suit notice letter that complied in all respects with U.C.C. §§ 2-313 and 2-607.

### PRAYER FOR RELIEF

WHEREFORE Plaintiff Awasum, individually and on behalf of all others similarly situated, seeks judgment against Tomorrow Farms, as follows:

(a) For an order certifying the Nationwide Class and the New York Subclass under Rule 23 of the Federal Rules of Civil Procedure, naming Plaintiff Awasum as representative of the Nationwide Class and the New York Subclass, and naming Plaintiff Awasum's attorneys as Class Counsel to represent the Nationwide Class and New York Subclass;

(b) For an order finding in favor of Plaintiff Awasum, and the Classes on all counts asserted herein;

(c) For an order finding in favor of Plaintiff Awasum, the Nationwide Class, and the New York Subclass on all counts asserted herein;

(d) For compensatory, statutory, and punitive damages in amounts to be determined by the Court and/or jury;

(e) For prejudgment interest on all amounts awarded;

(f) For an order of restitution and all other forms of equitable monetary relief; and

(h) For an order awarding Plaintiff Awasum and the Classes their reasonable attorneys' fees and expenses and costs of suit.

### DEMAND FOR TRIAL BY JURY

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Awasum demands a trial by

jury of any and all issues in this action so triable as of right.

Dated: April 4, 2025                                      **ARISOHN LLC**

                                                                                    By: */s/ Joshua D. Arisohn*
                                                                                            Joshua D. Arisohn

Joshua D. Arisohn
513 Eighth Avenue, #2
Brooklyn, NY 11215
Telephone: (646) 837-7150
Email: josh@arisohnllc.com

**RICHMAN LAW & POLICY**
Kim E. Richman
1 Bridge Street, Suite 83
Irvington, NY 10533
T: (914) 693-2018
krichman@richmanlawpolicy.com

*Attorneys for Plaintiff*